## MOON v. STATE.
### No. 23656.

Court of Criminal Appeals of Texas.
May 14, 1947.

Rehearing Denied June 11, 1947.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
May 14, 1947.

Rehearing Denied June 11, 1947.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of the offense of theft and assessed a penalty of two years in the penitentiary.

Nothing is presented for our consideration as the record comes forward without bills of exceptions or a statement of facts. The proceedings appear regular in every respect.

The judgment of the trial court is affirmed.